

Transaction submitted by Daniel H. Brean on 07/06/2015 at 09:40 AM

**Description**: Petition for Writ of Mandamus (fee)
**Payment Method**: CreditCard
**Fee Receipt Number**: 13-20879-707
**Fee Amount**: $500.00