NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: NEWEGG INC.,**
*Petitioner*

2015-142

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:11-cv-00248-JRG, Judge J. Rodney Gilstrap.

**ON PETITION**

Before PROST, *Chief Judge.*

**O R D E R**

Newegg Inc. submits a petition for a writ of mandamus directing the United States District Court for the Eastern District of Texas to enter judgment that Newegg does not infringe U.S. Patent No. 5,412,730.

Upon consideration thereof,

IT IS ORDERED THAT:

TQP Development LLC is directed to respond to the petition within seven days from the date of filing of this order. Any reply must be filed within three days from the date of filing of the response.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19